■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLIN MONTAGUE, Appellant. [614 NYS2d 347] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Chautauqua County Court, Adams, J.—Criminal Possession Controlled Substance, 2nd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL McDONALD, Appellant. [613 NYS2d 98] —Judgment unanimously affirmed. Memorandum: Defense counsel rested without calling defendant as a witness at defendant's probation violation hearing. The court did not ask defendant whether he wished to testify. We reject defendant's contention that the court should have done so *(see, People v Fratta,* 83 NY2d 771, 772). From our review of the record, we conclude that the sentence was neither harsh nor excessive. (Appeal from Judgment of Monroe County Court, Marks, J.—Violation of Probation.) Present—Green, J. P., Lawton, Fallon, Doerr and Boehm, JJ.